GIBSON & CUSHMAN OF NEW YORK, INC. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. A–707. RICHARDS, GOVERNOR OF TEXAS, ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS (SHERIFF OF HARRIS COUNTY ET AL., REAL PARTIES IN INTEREST). Application for stay of a portion of the judgment of the United States District Court for the Southern District of Texas filed February 7, 1991, presented to JUSTICE SCALIA, and by him referred to the Court, denied, and the order heretofore entered by JUSTICE SCALIA on March 20, 1991, is vacated.

No. A–712. CITY OF YONKERS *v.* UNITED STATES ET AL. D. C. S. D. N. Y. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–716. WILLIAMS ET AL. *v.* CITY OF DALLAS. Application to vacate a stay order entered by the United States Court of Appeals for the Fifth Circuit, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. D–947. IN RE DISBARMENT OF PATTISON. Disbarment entered. [For earlier order herein, see 498 U. S. 956.]

No. D–962. IN RE DISBARMENT OF RUBIN. Disbarment entered. [For earlier order herein, see 498 U. S. 1044.]

No. D–967. IN RE DISBARMENT OF COSTIGAN. Disbarment entered. [For earlier order herein, see 498 U. S. 1065.]

No. D–988. IN RE DISBARMENT OF ANDERSON. It is ordered that Loretta B. Anderson, of Tampa, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–989. IN RE DISBARMENT OF MACH. It is ordered that William C. Mach, of Tucson, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–990. IN RE DISBARMENT OF MILLER. It is ordered that John Ross Miller, of Salem, Ore., be suspended from the